### 2299.    BRYAN *v.* YATES.

HILL, C. J.    Where a deed to land described the quantity of acres conveyed as being "80 acres, more or less," and there was an alleged shortage of 26 acres, it was for the jury, and not for the court, to say whether this deficiency was so gross as to authorize a rescission of

the contract, or an apportionment of the purchase-price, under § 3542 of the Civil Code. *Judgment reversed.*

Complaint; from city court of Moultrie—Judge McKenzie. November 12, 1909.

Submitted February 22,—Decided May 12, 1910.

*Shipp & Kline,* for plaintiff in error.

*Branch & Snow, James Humphreys,* contra.